(June 4, 1986)

■ In the Matter of JEROME L. REIDE, Petitioner.—Motion by petitioner for reargument of his application for admission to the Bar of the State of New York, or in the alternative, for leave to appeal to the Court of Appeals from the order of this court, dated January 17, 1986, which denied his application.

Motion denied. Mollen, P. J., Mangano, Gibbons, Thompson and Kunzeman, JJ., concur.